

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FEB 0 2 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Criminal No. 12 — 40007 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 13: 625 ILCS 5/6-303(a); |
| ASHLEY M. JONES ) | 625 ILCS 5/11-601(b) |
| ) | |
| Defendant, ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about JANUARY 11, 2012, in the Central District of Illinois, the defendant,

**ASHLEY M. JONES**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while her privileges to operate a motor vehicle were suspended in Illinois, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303(a) and in violation of Title 18, United States Code, Section 13.

### COUNT 2

On or about JANUARY 11, 2012, in the Central District of Illinois, the defendant,

**ASHLEY M. JONES**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while traveling in excess of the posted speed limit of 25 miles per hour, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/11-601(b) and in violation of Title 18, United States Code, Section 13.

JAMES A. LEWIS
UNITED STATES ATTORNEY

BY:   /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, Illinois 61299-5000
Telephone: 309/782-8443